MARIA TERESA BACANI et al., Appellants, v LISA ROSENBERG, M.D., et al., Respondents.

Submitted August 11, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

VICTOR BATSHEVER, Appellant, v AVERY E. OKIN, Respondent.

Submitted July 21, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that it does not lie (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

STEPHEN F. BRUMMER, Plaintiff, v TOWN OF TONAWANDA et al., Defendants. CHRISTOPHER A. SPENCE, P.C., Appellant; THE BARNES FIRM, P.C., Successor to CELLINO & BARNES, Respondent.

Submitted July 28, 2008; decided October 21, 2008

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]; Eaton v State of New York, 76 NY2d 824 [1990]).